WO

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 3 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) 11-04123MP-001-PCT-MEA |
| vs. | ) **ORDER** |
| Marvin Yazzie Dedman, | ) |
| Defendant. | ) |

The defendant appeared in court and admitted to violating the conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on supervised probation subject to the identical conditions as in case 11-04179MP-001-PCT-MEA. The probationary term shall run concurrently with case 11-04179MP-001-PCT-MEA.

DATED this 3rd day of August, 2011.

Mark E. Aspey
United States Magistrate Judge